## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

MARIANN DUDECK
v.
MARRIOTT INTERNATIONAL, INC.

Case Number: FILED: March 21, 2008
08cv1697    JH
JUDGE ST. EVE
MAGISTRATE JUDGE COX

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MARRIOTT INTERNATIONAL, INC.

| | |
|---|---|
| NAME (Type or print) <br> MICHAEL J. LINNEMAN | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Michael J. Linneman | |
| FIRM <br> JOHNSON & BELL, LTD. | |
| STREET ADDRESS <br> 33 West Monroe Street, Suite 2700 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6275375 | TELEPHONE NUMBER <br> 312.372.770 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☐ NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☐ NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☐ NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |