**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Mariann Dudeck
                              Plaintiff,
v.                                              Case No.: 1:08−cv−01697
                                                Honorable Amy J. St. Eve
Marriott International, Inc., et al.
                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Thursday, April 17, 2008:


    MINUTE entry before Judge Honorable Amy J. St. Eve:Status hearing held on 4/17/2008. Parties are directed to meet and confer pursuant to Rule 26(f) and exhaust settlement possibilities prior to the next status hearing. ( Status hearing set for 6/12/2008 at 08:30 AM. Plaintiff's motion for remand due by 4/18/2008. Response due by 5/2/2008. Reply due by 5/9/2009. The Court adopts the joint status report. Written already issued. Answer written by 5/5/2008. Rule 26(a)(1) disclosures due 5/17/2008. Fact discovery ordered closed by 9/15/2008. Plaintiff's expert disclosures with reports due 10/30/2008. Plaintiff's experts deposed by 12/14/2008. Defendant's expert disclosures with reports due 2/5/2008. Expert discovery ordered closed by 3/16/2009.Dispositive motions with supporting memoranda due by 4/30/2009.)Mailed notice(tmh, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.