THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIANN DUDECK, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) No.   08 C 1697 |
| | ) |
| MARRIOTT INTERNATIONAL, INC., | ) Judge: Honorable Amy J. St. Eve |
| individually and; MARRIOTT INTERNATIONAL, | ) |
| INC. d/b/a CHICAGO MARRIOTT O'HARE; | ) |
| CHICAGO MARRIOTT O'HARE, individually. | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF FILING

TO:   PAUL GAMBOA
JOHNSON & BELL, LTD.
33 W. MONROE ST., SUITE 2700
CHICAGO, IL 60603

PLEASE TAKE NOTICE that I have on this date filed or will file with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division: **PLAINTIFF'S MOTION TO REMAND** dated at Park Ridge, Illinois, this 18th day of April, 2008.

THE LAW OFFICE OF DANIEL E. GOODMAN

 s/ Scott L. Spiegel_____
SCOTT L. SPIEGEL

### CERTIFICATE OF SERVICE

I, Scott L. Spiegel, an attorney, being first duly sworn on oath, depose and state that I served or will serve a copy of the above stated papers to all attorneys of record by electronically filing same using the CM/ECF system, which will send notification of such filing to all counsel, on April 18, 2008, and also served this notice via first class mail by depositing same in the United States Mail.

 s/ Scott L. Spiegel_____
SCOTT L. SPIEGEL

**LAW OFFICE OF DANIEL E. GOODMAN**
ATTORNEY FOR PLAINTIFF
**1030 W. HIGGINS ROAD, SUITE 365**
**PARK RIDGE, ILLINOIS 60068**
**(847) 292-6000**