UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Mariann Dudeck
                        Plaintiff,

v.                                                  Case No.: 1:08−cv−01697
                                                   Honorable Amy J. St. Eve

Marriott International, Inc., et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 21, 2008:

      MINUTE entry before Judge Honorable Amy J. St. Eve:Although Plaintiff filed a notice of her motion to remand, Plaintiff's notice was not a notice of presentment of motion as required under Northern District of Illinois Local Rule 5.3(b). The Court directs Plaintiff to file an appropriate notice of presentment pursuant to the local rules, including the date Plaintiff wishes to present her motion to remand to the Court.Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.