IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **MARIANN DUDECK**, | ) | |
| | ) | |
| Plaintiff, | ) | Judge Amy St. Eve |
| | ) | |
| -vs- | ) | Case No. 08 C 1697 |
| | ) | |
| **MARRIOTT INTERNATIONAL, INC.**, | ) | Magistrate Judge Susan E. Cox |
| individually and, **MARRIOTT INTERNATIONAL, INC.**, d/b/a **CHICAGO MARRIOTT O'HARE**, **CHICAGO MARRIOTT O'HARE**, individually, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

TO:   Daniel E. Goodman
      Law Office of Daniel E. Goodman
      1030 West Higgins Road
      Suite 365
      Park Ridge, Illinois 60068

Please take notice that on the **2nd** day of **May, 2008**, Defendant, **Marriott International, Inc.**, filed with the United States District Court for the Northern District of Illinois, Eastern Division, its **Response to Plaintiff's Motion to Remand**, a copy of which will be served upon you via the Court's Electronic Case Filing System.

Respectfully submitted,

JOHNSON & BELL, LTD.,

By:   /s/ Paul Gamboa
      Paul Gamboa, one of the Attorneys for
      Marriott International, Inc.

Paul Gamboa (ARDC #6282923)
JOHNSON & BELL, LTD.,
33 West Monroe Street; Suite #2700
Chicago, Illinois 60603
Telephone: (312) 372-0770
Attorney No. 06347

## **CERTIFICATE OF SERVICE**

    The undersigned, on oath, states that he served this notice by electronically filing same using the CM/ECF system, which will send notification of such filing to all counsel of record, on May 2, 2008.

                                        /s/Paul Gamboa