# THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MARIANN DUDECK, | ) |
|       Plaintiff, | ) |
| vs. | ) No. 08 C 1697 |
| | ) |
| MARRIOTT INTERNATIONAL, INC., individually and; MARRIOTT INTERNATIONAL, INC. d/b/a CHICAGO MARRIOTT O'HARE; CHICAGO MARRIOTT O'HARE, individually. | ) Judge: Honorable Amy J. St. Eve |
|       Defendants. | ) |

### NOTICE OF FILING

TO:    PAUL GAMBOA
         JOHNSON & BELL, LTD.
         33 W. MONROE ST., SUITE 2700
         CHICAGO, IL 60603

PLEASE TAKE NOTICE that I have on this date filed or will file with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division: **PLAINTIFF'S REPLY TO DEFENDANT, MARRIOTT INTERNATIONAL, INC.'S RESPONSE TO PLAINTIFF'S MOTION TO REMAND** dated at Park Ridge, Illinois, this 9th day of May, 2008.

                                                THE LAW OFFICE OF DANIEL E. GOODMAN

                                                s/ Scott L. Spiegel
                                                SCOTT L. SPIEGEL

### CERTIFICATE OF SERVICE

I, Scott L. Spiegel, an attorney, being first duly sworn on oath, depose and state that I served or will serve a copy of the above stated papers to all attorneys of record by electronically filing same using the CM/ECF system, which will send notification of such filing to all counsel, on May 9, 2008, and also served this notice via first class mail by depositing same in the United States Mail.

                                                s/ Scott L. Spiegel
                                                SCOTT L. SPIEGEL

LAW OFFICE OF DANIEL E. GOODMAN
ATTORNEY FOR PLAINTIFF
1030 W. HIGGINS ROAD, SUITE 365
PARK RIDGE, ILLINOIS 60068
(847) 292-6000