UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Mariann Dudeck
                           Plaintiff,

v.                                                 Case No.: 1:08−cv−01697
                                                          Honorable Amy J. St. Eve

Marriott International, Inc., et al.
                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 31, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 7/31/2008 and continued to 9/9/08 at 8:30 a.m. Plaintiff's counsel failed to appear. Plaintiff's counsel must be present at the next status hearing. Failure to appear may result in dismissal for want of prosecution. After plaintiff's deposition is completed, parties are directed to meet and confer pursuant to Rule 26(f) and exhaust all settlement possibilities prior to the next status hearing. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.