IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **MARIANN DUDECK**, | ) | |
| | ) | |
| Plaintiff, | ) | Judge Amy St. Eve |
| | ) | |
| -vs- | ) | Case No. 08 C 1697 |
| | ) | |
| **MARRIOTT INTERNATIONAL, INC.**, | ) | Magistrate Judge Susan E. Cox |
| individually and, **MARRIOTT** | ) | |
| **INTERNATIONAL, INC.,** d/b/a | ) | |
| **CHICAGO MARRIOTT O'HARE,** | ) | |
| **CHICAGO MARRIOTT O'HARE**, | ) | |
| individually, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   Scott L. Speigel
      Law Office of Daniel E. Goodman
      1030 West Higgins Road
      Suite 365
      Park Ridge, Illinois 60068

On **September 9, 2008** at **8:30 a.m**., or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge Amy St. Eve** in Room 1241 of the U.S. District Court, Dirksen Building, 219 South Dearborn, Chicago, Illinois, and then and there present Defendant's **Uncontested Motion to Vacate and Extend the Fact Discovery Deadline,** a copy of which is attached hereto and hereby served upon you.

NAME:   JOHNSON & BELL, LTD.           ATTY. FOR:  Defendants
ADDRESS: 33 West Monroe Street          CITY:  Chicago, IL  60603
PHONE:   (312) 372-0770                ATTORNEY NO.  06347

**PROOF OF SERVICE BY ELECTRONIC FILING**

The undersigned, an attorney, on oath states I served this notice by electronically filing same, using the CM/ECF system which will send notification of such filing to all counsel, on September 5, 2008.

/s/Paul Gamboa